THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CARVILL.— Motion granted.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JACQUES LEBAUDY v. CARNEGIE TRUST COMPANY.— Motion granted; order resettled.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

GILMAN B. WARNE v. GRACE E. WHITE.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

NATHAN GINSBERG v. MORRIS B. SHERMAN.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HYDE PARK FLINT BOTTLE COMPANY v. JULIA MILLER.— Application granted.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PAOLO CASTIGLIONE v. AUSTRO-AMERICANA STEAMSHIP COMPANY.— Application granted.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SAMUEL SIESKIN v. THE WORKMEN'S CIRCLE.— Application granted. Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LOUIS STEIN v. SOEL SINGER.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MAX SENNALL v. SAMUEL MILLER.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

H. CLAY HOWARD v. EDWARD N. BREITUNG.— Motion granted; question certified.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SAMUEL RONSHEIM v. KNICKERBOCKER ICE COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of EMMA MARCY RAYMOND.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

DENJN KAMENITSKY v. THOMAS F. CORCORAN.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HYMAN WAKSCHAL v. DAVID WASSER.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

OTTO GERDAU COMPANY v. JOHN F. HERBERT.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ALEXANDER B. EBIN v. EQUITABLE LIFE ASSURANCE SOCIETY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of NOAH T. PIKE, Deceased.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.